IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30796
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ALFREDO MANUAL CABARCAS-MENDOZA, a/k/a
Cristian Raphael Rojas-Rodriguez,

                                        Defendant-Appellant.


- - - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. CR-94-376-D
- - - - - - - - - - -
March 1, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:*

     Court-appointed counsel for Alfredo Cabarcas-Mendoza has
filed a brief as required by *Anders v. California*, 386 U.S. 738
(1967), and we have independently reviewed counsel's brief and
the record and found no nonfrivolous issue.  Accordingly, counsel
is excused from further responsibilities herein and the APPEAL IS
DISMISSED.  *See* 5TH CIR. R. 42.2.

_____

     * Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.